**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cr-00416-ABD

**United States of America,**

v.

**Noe Gamez-Inestroza.**

## ORDER ACCEPTING PLEA

The Court has reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 20, 2026, wherein the defendant Noe Gamez-Inestroza waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11 Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the guilty plea be accepted. Defendant has not filed or otherwise indicated any opposition to the Report and Recommendation. The Court accordingly enters the following order:

ORDERED: The defendant Noe Gamez-Inestroza's plea of guilty to Count One (1) is accepted.

*So ordered by the Court on September 4, 2026.*

ANDREW DAVIS
United States District Judge